# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 17, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| Appellate Case No: 25-2205 |
|---|
| Caption:<br>KANGOL LLC,<br>       Plaintiff - Appellee<br><br>v.<br><br>HANGZHOU CHUANYUE SILK IMPORT & EXPORT CO., LTD.,<br>       Defendant - Appellant |
| District Court No: 1:24-cv-01636<br>District Judge Sharon Johnson Coleman<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Date NOA filed in District Court: 07/14/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)