# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

———————

KANGOL, LLC,

*Appellee-Plaintiff*,

v.

HANGZHOU CHUANYUE SILK IMPORT & EXPORT CO., LTD,

*Appellant-Defendant.*

———————

Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division,
District Judge Sharon Johnson Coleman
No. 1:24-cv-01636

———————

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

**IN SUPPORT OF DEFENDANT-APPELLANT**

———————

J. Benjamin Bai
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York NY 10110
(212) 319-4755
benjamin.bai@cn.kwm.com

*Counsel of Record for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Hangzhou Longqi Network Technology Co., Ltd. and Hangzhou Qingpeng Technology Co. Ltd. respectfully move for leave to file the attached amicus curiae brief in support of Defendant-Appellant and reversal of the district court's judgment. This motion is timely.

## **IDENTITY AND INTEREST OF *AMICI CURIAE***

*Amici curiae* are Hangzhou Longqi Network Technology Co., Ltd. and Hangzhou Qingpeng Technology Co. Ltd. They are companies registered in the People's Republic of China and conduct business in the United States. *Amici* have no personal or financial interest in the outcome of this case. Rather, *Amici* offer their broader perspectives to promote judicial fairness and efficiency for foreign companies operating in the United States, which ultimately benefits the American consumers they serve.

## **ARGUMENT**

The Court should grant this leave to file their brief as *amici curiae* because the brief is desirable and the matters addressed in the brief are relevant to issues raised by Appellant. FED. R. APP. P. 29(a)(3)(B). The *amici* brief is also desirable because *amici curiae* can speak from the perspective and knowledge of Amici regarding the methods of service under the Hague Convention in China.

Counsel for Defendant-Appellant consents to the filing of this amicus brief.

Counsel for Plaintiff-Appellee does not consent. This motion is therefore submitted pursuant to Fed. R. App. P. 29(a)(3).

The proposed amicus brief draws from public filings and published scholarship. It introduces no new facts, is filed within the Court's permitted time frame, and will not cause prejudice or delay to any party.

## CONCLUSION

For the foregoing reasons, *amici* respectfully requests that the Court grant them leave to file the attached amicus curiae brief.

October 29, 2025

Respectfully submitted.

By: /s/ Benjamin Bai

J. Benjamin Bai
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755
E-mail: benjamin.bai@cn.kwm.com

Haolu Feng
**King & Wood Mallesons**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Telephone: (206) 499-2956
Email: harry.feng@cn.kwm.com

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I caused the foregoing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

October 29, 2025

Respectfully submitted.

By: /s/ Benjamin Bai

J. Benjamin Bai
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755
E-mail: benjamin.bai@cn.kwm.com

Haolu Feng
**King & Wood Mallesons**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Telephone: (206) 499-2956
Email: harry.feng@cn.kwm.com

*Counsel for Amici Curiae*