# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

October 31, 2025

MICHAEL B. BRENNAN, *Chief Judge*

| No. 25-2205 | KANGOL LLC, <br>     Plaintiff - Appellee <br><br> v. <br><br> HANGZHOU CHUANYUE SILK IMPORT & EXPORT CO., LTD., <br>     Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-01636 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman ||

  Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT-APPELLANT**, filed on October 29, 2025, by counsel for the amici curiae,

  **IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus curiae brief.

form name: **c7_InstanterOrderFiled**  (form ID: **123**)